FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0746

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0746

_____

KRIS HAWKINS,

      Petitioner and Appellant,

    v.

STATE OF MONTANA, and DEPARTMENT OF
ADMINISTRATION, through its MONTANA
TAX APPEAL BOARD, and DEPARTMENT OF
REVENUE,

      Respondents and Appellees.

                              O R D E R

_____

Upon consideration of Appellee Montana Department of Revenue's motion for clarification, and good cause appearing,

IT IS HEREBY ORDERED that Appellant Kris Hawkins has twenty (20) days from the date of this Order to file a clarification to the Notice of Appeal with the correct caption.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025